Lee v Canandaigua Natl. Bank & Trust (2023 NY Slip Op 00531)

Lee v Canandaigua Natl. Bank & Trust

2023 NY Slip Op 00531

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CURRAN, BANNISTER, AND OGDEN, JJ.

89 CA 22-00039

[*1]MICHAEL LEE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-RESPONDENT,
v
CANANDAIGUA NATIONAL BANK & TRUST, DEFENDANT-APPELLANT. 

NIXON PEABODY LLP, ROCHESTER (CAROLYN G. NUSSBAUM OF COUNSEL), FOR DEFENDANT-APPELLANT. 
CHERUNDOLO LAW FIRM, PLLC, SYRACUSE (DAVID H. TENNANT OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered December 10, 2021. The order, insofar as appealed from, denied in part the motion of defendant to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court